Brandi Hicks  Request for Emergency Order for turnover
26-12783

## CHRONOLOGY OF EVENTS:

- **July 1, 2026:** The vehicle was repossessed by Santander Consumer USA and held locally at <u>McMillin Recovery</u> in Conway, Arkansas.
- **Monday, July 13, 2026:** Debtor officially filed a Chapter 13 Bankruptcy Petition and complete payment plan with the U.S. Bankruptcy Court. **The Automatic Stay (11 U.S.C. § 362) went into immediate effect.** The vehicle was physically located in Conway, Arkansas at the time of filing.
- **Post-Filing (Between July 13 and July 15):** In violation of the active status quo of the estate, Santander Consumer USA exercised control over estate property by transporting the vehicle across state lines from Arkansas to the <u>Manheim Dallas Auto Auction</u> facility in Texas.
- **July 16, 2026 (1:54 PM):** Santander's bankruptcy department acknowledged the filing and issued an electronic release to the auction house.
- **July 16, 2026 (3:12 PM):** Manheim Dallas Redemption Department verbally confirmed to the Debtor that a **Bankruptcy Hold** was placed on the VIN, freezing the vehicle from running in the scheduled July 17th auction block. However, they confirmed the final release statement has not fully processed.
- **July 16, 2026 (3:35 PM):** Santander phone representatives disconnected and hung up on the Debtor when requested to coordinate or pay for the transport of the vehicle back to its proper jurisdiction in Arkansas.

## RELIEF REQUESTED BY DEBTOR:

Because Santander Consumer USA transported protected estate property across state lines *after* the automatic stay was active, the Debtor respectfully requests an **Emergency Order for Turnover**, requiring Santander to transport the vehicle back to the Debtor's residence in Arkansas at Santander's sole expense, alongside appropriate sanctions for the post-petition transport

Brandi Hicks
7-17-26

FILED
U.S. BANKRUPTCY COURT
EASTERN & WESTERN DISTRICTS
OF ARKANSAS

07/17/26      2:51 pm
LINDA McCORMACK, CLERK
By:  Mary Beth Mansfield
DEPUTY CLERK

1 page
MBM/OTC